IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT

| | | |
|---|---|---|
| In re | * | |
| RONALD GAMBLIN | | |
| ANNETTE BURTON GAMBLIN | | CASE NO. 21-50503-KMS |
|    Debtors. | * | CHAPTER 13 |

**RESPONSE TO DEBTOR'S SECOND AMENDED
OBJECTION TO SECURED CLAIM, DOC NO.5**

Comes now Creditor, CARVANA, LLC and files this its Response to Debtor's Second Amended Objection to Secured Claim, Doc No. 5 and state the following:

1. Creditor did not receive insurance proceeds for the totaled collateral.

Wherefore, Creditor requests this matter be set for hearing.

Respectfully submitted,

/s/ Kent D. McPhail
KENT D. MCPHAIL
BROOKE E. SANCHEZ
Attorney for Creditor
Post Office Box 870
126 Government Street
Mobile, AL 36601
Phone (251) 438-2333
Facsimile (251) 438-2367
Email: kent@kmcphail.law
      brooke@kmcphail.law

CERTIFICATE OF SERVICE

I, Kent D. McPhail, do hereby certify that I have on this the 6th day of July, 2021, served a copy of the above and foregoing Response to Debtor's Second Amended Objection to Secured Claim to the parties listed below by the service method indicated:

U.S. MAIL, FIRST CLASS POSTAGE PREPAID
RONALD GAMBLIN
ANNETTE BURTON GAMBLIN
170 BEVERLY HILLS LOOP
PETAL, MS 39465

ECF FILING NOTIFICATION
AL SHIYOU
ATTORNEY FOR DEBTORS
shiyoulawfirm@aol.com

ECF FILING NOTIFICATION
David Rawlings
TRUSTEE
ecfnotices@rawlings13.net


/s/ Kent D. McPhail
Kent D. McPhail